Andres Diaz, Bar #4309
CHAPTER 13 STANDING TRUSTEE
9 Exchange Place, Suite 313
Salt Lake City, Utah 84111
Telephone: (801) 537-1910
Facsimile: (801) 537-1947

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2002 OCT 10 P 3: 55

DISTRICT OF UTAH
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| IN RE: LAURA J. FARRAR | Case No. 98B-23568 |
| | Chapter 13 |
| | Judge Judith A. Boulden |

## DECLARATION OF TRUSTEE
## REGARDING DEPOSIT OF UNCLAIMED FUNDS

ANDRES DIAZ, the duly appointed acting, Standing Chapter 13 Trustee ("Trustee") in the above-captioned case declares, under penalty of purjury, that:

The following payees were issued disbursements in the amounts set forth below. The disbursement checks listed were not negotiated within 90 days of issuance. The Trustee has either stopped payment on the listed checks, or else the checks were returned as undeliverable and the Trustee has been unable to obtain a current address of the payee:

| Payee Name & Address (last known) | Check Amount |
|---|---|
| FUTURE SHOP<br>PO BOX 7019<br>SIOUX FALLS SD 57117-7019 | $ 1,622.70 |

The above listed addresses are the last known addresses for the payees on the list. The checks in question total $1,622.70. This total represents unclaimed funds which the Trustee does herewith pay into the registry of the United States Bankruptcy Court for the District of Utah.

Dated this 9th day of October, 2002.

Andres Diaz, Trustee
ANDRES DIAZ

9823568D19

## CERTIFICATE OF MAILING

I the undersigned, an employee of the Chapter 13 Standing Trustee do hereby certify that a true and correct copy of the foregoing Declaration of Trustee Regarding Deposit of Unclaimed Funds was properly addressed, posted in the U.S. Mail, first-class, postage prepaid on the  9TH  day of  October, 2002 to the following parties at the addresses listed below:

LAURA J. FARRAR
158 W 2200 N
SUNSET ,UTAH  84015

WHATCOTT BARRETT & HAGEN,P.C.
1846 SOUTH 300 WEST
SALT LAKE CITY, UT  84115

_____
Employee of Office of
Chapter 13 Standing Trustee

Page 2
Case No. 98B-23568
Deposit of Unclaimed Funds
Prepared by: TB   (fg #156)

|   |   |
|---|---|
| **ANDRÉS DIAZ**<br>**CHAPTER 13 STANDING TRUSTEE**<br>9 EXCHANGE PLACE, SUITE 313<br>SALT LAKE CITY, UTAH 84111 | NBC BANK<br>KNOXVILLE, TN<br>87-342/642 |

113351
113351

| | DATE | CHECK AMOUNT |
|---|---|---|
| 9823568 | 10/09/2002 | *****1,622.70 |

PAY   EXACTLY 1622 DOLLARS AND 70 CENTS

DEPOSIT IMMEDIATELY
VOID AFTER NINETY DAYS

TO THE ORDER OF:
FUTURE SHOP
PO BOX 7019
SIOUX FALLS SD 57117-7019

*Andres Diaz, Trustee*

⑈113351⑈ ⑆064203429⑆ 5750773⑈

---

ANDRÉS DIAZ • CHAPTER 13 STANDING TRUSTEE - Salt Lake City, Utah 84111        Check No.: 113351        113351

Payee: FUTURE SHOP
Creditor No.: 019358        Date:

| Case No | Debtor Name(s) | Payment | Interest | Balance |
|---|---|---|---|---|
| 9823568 | LAURA J. FARRAR<br>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 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 ACCT: 11520746972 | 1200.00 | .00<br>[0001/25/SECURED | .00<br>] |

|   |   |   |   |
|---|---|---|---|
| | Totals | 1622.70 | .00 |